Judith B. Gitterman, Bar No. 115661
JGitterman@perkinscoie.com
Gabriel Liao, Bar No. 205897
GLiao@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiffs
Baskin-Robbins Franchising LLC, BR IP Holder LLC
and DB Real Estate Assets I, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company; BR IP HOLDER LLC, a Delaware limited liability company; and DB REAL ESTATE ASSETS I, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REENA SINGH, an individual, and HARDEEP SINGH, an individual,<br><br>Defendants. | Case No. 2:09-CV-02172-JAM-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  IT IS HEREBY STIPULATED AND AGREED by plaintiffs Baskin-Robbins
2  Franchising LLC, BR IP Holder LLC and DB Real Estate Assets I, LLC (collectively,
3  "Plaintiffs") on the one hand, by and through their attorneys of record, Perkins Coie LLP,
4  and by defendant Hardeep Singh in pro per ("Defendant") on the other, that because
5  Defendant recently suffered the loss of his mother and must travel to India for one month
6  for funeral arrangements, the parties agree that Defendant may have until December 22,
7  2009 to respond to the Complaint. There have been no prior requests for this relief by
8  Defendant.

9  DATED: November 5, 2009

PERKINS COIE LLP

*[signature]*

Judith B. Gitterman

Attorneys for Plaintiffs Baskin-Robbins
Franchising, LLC; BR IP Holder LLC; and
DB Real Estate Assets I LLC

15  DATED: November 5, 2009

HARDEEP SINGH

By: *[signature]*
Hardeep Singh, Defendant
In Pro Per

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2009

Hon. John A. Mendez
United States District Court Judge

28028-4534.0001/LEGAL17222006.2   -1-   STIP AND [PROPOSED] ORDER TO
EXTEND TIME TO RESP TO COMPL

# PROOF OF SERVICE

I, Helen E. Mays, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, CA 90067. On November 5, 2009, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Hardeep Singh
965 South Tracy Blvd.
Tracy, CA 95304

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1  I declare under penalty of perjury under the laws of the State of California that the
2  above is true and correct.
3  Executed on November 5, 2009, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Helen E. Mays