1  Judith B. Gitterman, Bar No. 115661
   JGitterman@perkinscoie.com
2  Gabriel Liao, Bar No. 205897
   GLiao@perkinscoie.com
3  **PERKINS COIE LLP**
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Plaintiffs
   Baskin-Robbins Franchising LLC, BR IP Holder LLC
7  and DB Real Estate Assets I, LLC

8

                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                         SACRAMENTO DIVISION
11

12

| BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company; BR IP HOLDER LLC, a Delaware limited liability company; and DB REAL ESTATE ASSETS I, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REENA SINGH, an individual, and HARDEEP SINGH, an individual,<br><br>Defendants. | Case No.  2:09-CV-02172-JAM-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
|---|---|

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY STIPULATED AND AGREED by plaintiffs Baskin-Robbins Franchising LLC, BR IP Holder LLC and DB Real Estate Assets I, LLC (collectively, "Plaintiffs") on the one hand, by and through their attorneys of record, Perkins Coie LLP, and by defendant Hardeep Singh in pro per ("Defendant") on the other, that because Defendant recently suffered the loss of his mother and must travel to India for one month for funeral arrangements, the parties agree that Defendant may have until December 22, 2009 to respond to the Complaint. There have been no prior requests for this relief by Defendant.

DATED: November __, 2009

**PERKINS COIE LLP**

_____
Judith B. Gitterman

Attorneys for Plaintiffs Baskin-Robbins Franchising, LLC; BR IP Holder LLC; and DB Real Estate Assets I LLC

DATED: November __, 2009

HARDEEP SINGH

By: _____
     Hardeep Singh, Defendant
     In Pro Per

**ORDER**

IT IS SO ORDERED.

DATED:  November 6, 2009          /s/ John A. Mendez_____
                                  Hon. John A. Mendez
                                  United States District Court Judge

28028-4534.0001/LEGAL17222006.2      -1-     STIP AND [PROPOSED] ORDER TO EXTEND TIME TO RESP TO COMPL

PDF created with pdfFactory trial version www.pdffactory.com