IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company; BR IP HOLDER LLC, a Delaware limited liability company; and DB REAL ESTATE ASSETS I, LLC, a Delaware limited liability company,

    Plaintiffs,

  v.

REENA SINGH, an individual, and HARDEEP SINGH, an individual,

    Defendants.
_____/

Case No. 2:09-cv-02172-JAM-DAD

ORDER GRANTING MOTION FOR
PARTIAL SUMMARY JUDGMENT

    The Court after consideration of Plaintiffs Baskin-Robbins Franchising LLC's ("BRF"), BR IP Holder LLC's ("BR IP"), and DB Real Estate Assets I, LLC's (collectively, "Plaintiffs" or "Basin Robbins") Notice of Motion and Motion for Partial Summary Judgment (the "Motion"), Memorandum of Points and Authorities in support thereof, the Statement of Undisputed Facts, the Declarations of Judith B. Gitterman, Gary Zullig, and Jim Scharf

with supporting evidence, the pleadings and other documents on file in this matter, and based on the undisputed facts contained in the record, finds the following:

The undisputed facts show that there is no genuine issue of material fact as to Plaintiffs' cause of action for breach of contract against Defendant Reena Singh.  The undisputed facts establish the existence of a franchise agreement and sublease agreement between the parties, which was breached by Defendant Reena Singh without excuse by failing to pay rents, property taxes, royalties, advertising fees and other related fees, including interest, to Plaintiffs as required by the agreements. Plaintiffs have established through uncontroverted evidence that payment is currently past due.  Defendant Reena Singh did not file any opposition to the motion.  Accordingly, Plaintiffs are entitled to partial summary judgment as to the breach of contract cause of action against Defendant Reena Singh.

IT IS SO ORDERED that the Motion is hereby GRANTED and that Defendant Reena Singh owes to Plaintiffs $124,551.17, plus interest.

Dated:   July 7, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE