Judith B. Gitterman, Bar No. 115661
JGitterman@perkinscoie.com
Gabriel Liao, Bar No. 205897
GLiao@perkinscoie.com
Monica M. Ortiz
MOrtiz@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiffs
Baskin-Robbins Franchising LLC, BR IP Holder LLC and DB Real Estate Assets I, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company; BR IP HOLDER LLC, a Delaware limited liability company; and DB REAL ESTATE ASSETS I, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br> v.<br><br>REENA SINGH, an individual, and HARDEEP SINGH, an individual,<br><br>    Defendants. | Case No.  2:09-CV-02172-JAM-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT HARDEEP SINGH FROM ACTION AND REENA SINGH AS TO THE FIRST, SECOND, THIRD, FIFTH, SIXTH, SEVENTH AND EIGHTH CAUSES OF ACTION**<br><br>Judge:   Hon. John A. Mendez |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No. 2:09-CV-02172-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

**THE PARTIES TO THIS ACTION, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY AGREE AND STIPULATE AS FOLLOWS:**

WHEREAS, Plaintiffs Baskin-Robbins Franchising LLC, BR IP Holder LLC and DB Real Estate Assets I, LLC (collectively, "Baskin-Robbins" or "Plaintiffs") sued Defendants Reena Singh and Hardeep Singh (collectively "Defendants") on August 6, 2009 in the United Stated District Court, Eastern District of California, Case No. 2:09-CV-02172-JAM-DAD (the "Action");

WHEREAS, the Complaint in the above-referenced Action asserts claims against Defendants for Federal Trademark Infringement ("First Claim"), Federal Trademark Dilution ("Second Claim"), False Designation of Origin and False Description ("Third Claim"), State Statutory Unfair Competition ("Fifth Claim"), California Common Law Trademark Infringement and Unfair Competition ("Sixth Claim"), State Statutory and Common Law Trademark Dilution ("Seventh Claim"), and State Statutory and Common Law Misappropriation of Trade Secrets ("Eighth Claim");

WHEREAS, the Complaint also asserts Breach of Contract ("Fourth Claim") solely against Defendant Reena Singh;

WHEREAS, Defendant Reena Singh filed a Cross-Claim against Defendant and Cross-Defendant Hardeep Singh for Indemnity on December 4, 2009 (Dkt No. 13);

WHEREAS, on July 7, 2010, this Court issued an order granting partial summary judgment ("Order") against Defendant Reena Singh for the Breach of Contract claim asserted by Baskin-Robbins (Dkt. No. 24);

WHEREAS, Baskin-Robbins and Defendant Reena Singh agree to entry of judgment against Reena Singh on the contract claim, as specified in the Order, and that Baskin-Robbins will dismiss the remaining causes of action against Defendant Reena Singh;

WHEREAS, Baskin-Robbins and Defendant Reena Singh stipulate and agree that Baskin-Robbins will no longer be required to respond to any outstanding discovery requests; and,

WHEREAS, Baskin-Robbins agrees to dismiss all causes of action against Defendant Hardeep Singh.

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, IT IS HEREBY STIPULATED and agreed, by and between the parties hereto, through their respective counsel of record, that:

Defendant Hardeep Singh be dismissed entirely from this Action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), with each party to bear their own costs.

All claims asserted against Defendant Reena Singh, *except for* the Breach of Contract claim, be dismissed without prejudice. Defendant Reena Singh is therefore dismissed from the First, Second, Third, Fifth, Sixth, Seventh, and Eighth Claims. Baskin-Robbins reserves its rights to seek attorneys' fees and costs from Defendant Reena Singh.

Upon execution of the stipulated dismissal and submission of a proposed judgment, judgment may be entered in the amount of $124,551.17, plus interest against Defendant Reena Singh pursuant to the Court's Order and costs and attorneys' fees may be awarded upon motion by Baskin-Robbins, if appropriate.

Dated: October ___, 2010          **PERKINS COIE LLP**

                                   By _____
                                       JUDITH B. GITTERMAN

                                   Attorneys for Plaintiffs
                                   Baskin-Robbins Franchising LLC, BR IP
                                   Holder LLC and DB Real Estate Assets I, LLC


Dated: October ___, 2010          **LAW OFFICES OF RICHARD L. ANTOGNINI**

                                   By _____
                                       RICHARD LAWRENCE ANTOGNINI

                                   Attorneys for Defendant and Cross-complainant
                                   Reena Singh

- 3 -
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No. 2:09-CV-02172-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October ___, 2010               **VEDA COUNSEL, ATTORNEYS AT LAW**

                                       By _____
                                          GAURAV KALRA

                                       Attorneys for Defendant and Cross-respondent
                                       Hardeep Singh

**IT IS SO ORDERED.**

Dated: October 8, 2010

                                       /s/ John A. Mendez_____
                                       Honorable John A. Mendez

28028-4534.0001/LEGAL19023553.2

- 4 -

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No. 2:09-CV-02172-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com