Judith B. Gitterman, Bar No. 115661
JGitterman@perkinscoie.com
Gabriel Liao, Bar No. 205897
GLiao@perkinscoie.com
Monica M. Ortiz
MOrtiz@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiffs
Baskin-Robbins Franchising LLC, BR IP Holder
LLC and DB Real Estate Assets I, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company; BR IP HOLDER LLC, a Delaware limited liability company; and DB REAL ESTATE ASSETS I, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REENA SINGH, an individual, and HARDEEP SINGH, an individual,<br><br>Defendants. | Case No.  2:09-CV-02172-JAM-DAD<br><br>**JUDGMENT**<br><br>**FED. R. CIV. P. 58**<br><br>Judge:   Hon. John A. Mendez |

[PROPOSED] JUDGMENT
Case No.  2:09-CV-02172-JAM-DAD
28028-4534.0001/LEGAL19023946.3

PDF created with pdfFactory trial version www.pdffactory.com

The Court has reviewed the stipulation of Baskin-Robbins Franchising LLC, BR IP Holder LLC and DB Real Estate Assets I, LLC (collectively "Baskin-Robbins") and Defendants Reena Singh and Hardeep Singh (collectively "Defendants"), through which the parties agreed to voluntary dismiss all claims, except the Fourth Claim, against Defendant Reena Singh and all claims against Defendant Hardeep Singh.  There are no other claims brought by or against Baskin-Robbins remaining for adjudication before this Court and good cause appearing, the Court expressly determines that there in no just reason for delay in entering judgment in favor of Baskin-Robbins against Defendant Reena Singh.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court accepts the parties' joint Stipulation of Dismissal of Defendant Hardeep Singh From Action and Defendant Reena Singh as to the First, Second, Third, Fifth, Sixth, Seventh, and Eighth Causes of Action.

2. Judgment be entered against Defendant Reena Singh and in favor of Baskin-Robbins on the Fourth Claim for Breach of Contract.

3. Pursuant to the Court's July 7, 2010 Order, attached hereto as Exhibit A, Baskin-Robbins is hereby awarded judgment against Defendant Reena Singh in the amount of $124,551.17, plus interest at the maximum legal rate.

4. Baskin-Robbins shall recover from Defendant Reena Singh costs of suit and attorneys' fees in this proceeding pursuant to law.

IT IS FURTHER ORDERED AND ADJUDGED that entry of the judgment rendered against Defendant Reena Singh in favor of Baskin-Robbins will not affect the right of Cross-claimant Reena Singh to pursue her Cross-claim against Cross-defendant Hardeep Singh.

Dated: October 8, 2010

       /s/ John A. Mendez_____
       Honorable John A. Mendez

[PROPOSED] JUDGMENT
Case No.  2:09-CV-02172-JAM-DAD
28028-4534.0001/LEGAL19023946.3

PDF created with pdfFactory trial version www.pdffactory.com

# EXH. "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company; BR IP HOLDER LLC, a Delaware limited liability company; and DB REAL ESTATE ASSETS I, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>REENA SINGH, an individual, and HARDEEP SINGH, an individual,<br><br>    Defendants. | Case No. 2:09-cv-02172-JAM-DAD<br><br>ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT |

The Court after consideration of Plaintiffs Baskin-Robbins Franchising LLC's ("BRF"), BR IP Holder LLC's ("BR IP"), and DB Real Estate Assets I, LLC's (collectively, "Plaintiffs" or "Basin Robbins") Notice of Motion and Motion for Partial Summary Judgment (the "Motion"), Memorandum of Points and Authorities in support thereof, the Statement of Undisputed Facts, the Declarations of Judith B. Gitterman, Gary Zullig, and Jim Scharf

1

with supporting evidence, the pleadings and other documents on file in this matter, and based on the undisputed facts contained in the record, finds the following:

The undisputed facts show that there is no genuine issue of material fact as to Plaintiffs' cause of action for breach of contract against Defendant Reena Singh. The undisputed facts establish the existence of a franchise agreement and sublease agreement between the parties, which was breached by Defendant Reena Singh without excuse by failing to pay rents, property taxes, royalties, advertising fees and other related fees, including interest, to Plaintiffs as required by the agreements. Plaintiffs have established through uncontroverted evidence that payment is currently past due. Defendant Reena Singh did not file any opposition to the motion. Accordingly, Plaintiffs are entitled to partial summary judgment as to the breach of contract cause of action against Defendant Reena Singh.

IT IS SO ORDERED that the Motion is hereby GRANTED and that Defendant Reena Singh owes to Plaintiffs $124,551.17, plus interest.

Dated: July 7, 2010

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE